JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HERNAN ALEXANDER GRANADOS LAZO, <br><br> Petitioner, <br><br> v. <br><br> ERIC HOLDER JR., <br><br> Respondent. | Case No. SACV 14-00822 PSG (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 7, 2014

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE